

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Paradise Living Inc and Mary Arthur v. Blackburne & Brown Mortgage Fund I

Appellate case number:    01-18-00194-CV

Trial court case number:  2017-56890

Trial court:                11th District Court of Harris County

On September 23, 2018, appellants filed a second motion requesting that we further extend the deadline for filing their brief to September 23, 2018. Appellants failed to file a brief with their motion and the extension date they request, September 23, 2018, passed without a brief being filed. Accordingly, the motion is DENIED. Unless appellants file their brief within 10 days of this order, the appeal will be dismissed for want of prosecution.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                       Acting individually

Date: September 27, 2018